IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BLOCK, on behalf of himself and all others similarly situated | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-01960 |
| v. | ) ) | Judge Matthew F. Kennelly |
| DRM, INC.; and DOES 1 to 25 | ) ) ) | |
| Defendants. | ) | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS**

Plaintiff Christopher Block ("Plaintiff") and Defendant DRM, Inc. ("Defendant" or "DRM"), (collectively "the Parties") by and through their undersigned counsel, hereby jointly notify the Court that they have settled this matter. Plaintiff has executed the mutually negotiated and agreed upon settlement agreement. Defendant has signed the agreement and will complete its obligations under the agreement prior to the filing of the stipulation of dismissal under Fed. R. Civ. P. 41 within the timeframe set forth in the agreement.

To facilitate this, the Parties respectfully request that the Court stay these proceedings, including but not limited to all current deadlines for forty-five (45) days from the date of filing of this notice.

WHEREFORE, Plaintiff, Christopher Block and Defendant DRM, Inc. respectfully requests that this Court enter an order these proceedings, including but not limited to all current deadlines for forty-five (45) days from the date of filing of this notice.

Dated: July 31, 2023 　　　　　　　　　　　　　Respectfully submitted,

**Christopher Block**

By: */s/ Benjamin J. Sweet*
　　One of Plaintiff's Attorneys

Benjamin J. Sweet
Nye, Stirling, Hale, Miller & Sweet LLP
1145 Bower Hill Road
Suite 104
Pittsburgh, Pennsylvania 15248
(412) 857-5352
Ben@nshrnlaw.com

Dated: July 31, 2023 　　　　　　　　　　　　　Respectfully submitted,

DRM, INC.

By: */s/ Joseph J. Lynett*
　　One of Defendant's Attorneys

Joseph J. Lynett
Jackson Lewis P.C.
666 Third Avenue, 29th Floor
New York City, NY 10017
(212) 545 4000
Joseph.Lynett@jacksonlewis.com

James C. Goodfellow, Jr.
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 787.4949
james.goodfellow@jacksonlewis.com

**CERTIFICATE OF SERVICE**

    I, Joseph J. Lynett, an attorney, certify that on July 31, 2023, I caused a true and correct copy of the attached **JOINT NOTICE** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

*/s/ Joseph J. Lynett*